ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| SkyQuest Aviation, LLC | ) ASBCA No. 62586 |
| | ) |
| Under Contract No. FA5682-19-P-A040 | ) |

APPEARANCE FOR THE APPELLANT:      Mr. William Tresky
         President

APPEARANCES FOR THE GOVERNMENT:      Jeffrey P. Hildebrant, Esq.
         Air Force Deputy Chief Trial Attorney
         Maj Michelle E. Gregory, USAF
         Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 8, 2021

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62586, Appeal of SkyQuest Aviation, LLC, rendered in conformance with the Board's Charter.

Dated: June 9, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals